**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6237**

———————————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

    versus

CLARENCE SPRATLEY,

                              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CR-95-8)

———————————

Submitted: April 15, 1999          Decided: April 20, 1999

———————————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Clarence Spratley, Appellant Pro Se. David John Novak, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Spratley appeals the district court's orders denying his motions to dismiss his sentence, for release on bail, for release from custody pending appeal, and for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Spratley, No. CR-95-8 (E.D. Va. Jan. 20 & Feb. 9, 1999. We deny Spratley's motions for bail and dismissal of sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED